UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| JACKSON NATIONAL LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 4:16-cv-01012-DGK |
| BRIAN SCHOOLEY, BRAD SCHOOLEY, and BRIDGET BRUNNER, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER APPROVING SETTLEMENT

This case is an interpleader action brought pursuant to 28 U.S.C. § 1335 concerning entitlement to the proceeds of a life insurance policy annuity issued by Plaintiff Jackson National Life Insurance Company ("JNL"). This case was settled in a mediation held by Judge Larsen on January 24, 2017.

Now before the Court is Defendants' Joint Motion to Approve Settlement Agreement and Distribute Funds in Court's Registry (the "Joint Motion") (Doc. 25). After carefully weighing the parties' agreement, the Court grants the Joint Motion.

It is, therefore, ORDERED that the Settlement Agreement and Release attached as Exhibit A to the Joint Motion is hereby approved.

The Clerk of the Court shall distribute the remaining funds that were placed into the Registry of the Court by Jackson National Life as follows:

$12,037.77 to Brian Schooley,

$10,332.88 to Brad Schooley, and

$6,994.54 to Bridget Brunner.

Any remaining funds after the above allocation should be divided among Brian Schooley, Brad Schooley and Bridget Brunner in equal shares and added to the amounts allocated to each of them above.

IT IS FURTHER ORDERED, that the Clerk of the Court shall mail each check as follows:

Brian Schooley
c/o Jeffrey M. Rinne
Kurlbaum Rinne Law Firm, LLC
11040 Oakmont St.
Overland Park, Kansas 66210

Brad Schooley
905 B SW 19th Street
Blue Springs, MO 64015

Bridget Brunner
c/o William L. Hall
McElligott Ewan & Hall, PC
223 West Walnut
Independence, MO 64050

IT IS FURTHER ORDERED that after the terms of the Settlement Agreement and Release are effectuated, the Defendants shall file a Joint Motion of Voluntary Dismissal With Prejudice.

**IT IS SO ORDERED.**

Date:  May 1, 2017  /s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT